UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. DEAL PARTNERSHIP I, L.P. *et al.*,<br><br>    Plaintiffs,<br><br>- against -<br><br>TEEKAY OFFSHORE PARTNERS, L.P. *et al.*,<br><br>    Defendants. | Index No. 1:19-cv-06483-RA<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Brookfield Asset Management, Inc. and Brookfield Business Partners, L.P. and requests that all subsequent papers be served upon him at the address below.

                          Respectfully submitted,

Dated: New York, New York
   September 12, 2019     */s/ Matthew Solum*
                Matthew Solum, P.C.
                Kirkland & Ellis LLP
                601 Lexington Avenue
                New York, New York 10022
                Telephone: (212) 446-4800
                Facsimile: (212) 446-4900
                matthew.solum@kirkland.com

                *Counsel for Defendants Brookfield Asset Management, Inc. and Brookfield Business Partners, L.P.*