UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. DEAL PARTNERSHIP I, L.P., NOSTER CAPITAL MASTER FUND, AND AQUAMARINE MASTER FUND LP, on behalf of themselves and all other similarly situated unitholders of TEEKAY OFFSHORE PARTNERS, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> TEEKAY OFFSHORE PARTNERS, L.P., TEEKAY OFFSHORE GP, LLC, WILLIAM UTT, IAN CRAIG, KENNETH HVID, CRAIG LAURIE, DAVID LEMMON, JIM REID, DENIS TURCOTTE, GREG MORRISON, BILL TRANSIER, BROOKFIELD ASSET MANAGEMENT, INC., BROOKFIELD BUSINESS PARTNERS, L.P., <br><br> Defendants. | CIVIL ACTION <br><br> ECF CASE <br><br> Case No. 1:19-cv-06483 (RA) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Richard B. Harper, a member of the firm of Baker Botts L.L.P, being admitted to practice in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Defendants Teekay Offshore Partners, L.P., Teekay Offshore GP, L.L.C., William Utt, Craig Laurie, David Lemmon, Bill Transier and Ian Craig and request that I be served with all future filings.

Active 42064612.1

Dated: New York, New York
September 13, 2019

Respectfully submitted,
BAKER BOTTS L.L.P.

By:/s/ *Richard B. Harper*
　　Richard B. Harper
　　30 Rockefeller Plaza
　　New York, New York 10112
　　Tele:　(212) 408-2675
　　Fax:　 (212) 259-2475
　　richard.harper@bakerbotts.com

*Attorneys for Defendants  Teekay Offshore
Partners, L.P., Teekay Offshore GP, L.L.C.,
William Utt, Craig Laurie, David Lemmon, Bill
Transier and Ian Craig*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of September 2019, a copy of the foregoing

NOTICE OF APPEARANCE was filed with the clerk of the court of the United States District

Court for the Southern District of New York and will be sent electronically to the registered

participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ Richard B. Harper</u>
Richard B. Harper