UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Teekay Offshore Partners L.P. Common Unitholders Litigation* | Case No. 1:19-cv-06483-RA<br><br>ECF Case<br><br>**CONSENT TO<br>CHANGE ATTORNEY** |

**IT IS HEREBY CONSENTED AND AGREED** that Matthew O. Solum, P.C. and Terence Y. Leong of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, be substituted as attorneys of record for Defendant Craig Laurie. This consent to change attorney may be executed in counterparts and facsimile signatures treated as originals.

Dated: New York, New York
       November 19, 2019

_____
Matthew O. Solum, P.C.
Terence Y. Leong
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
msolum@kirkland.com
terence.leong@kirkland.com

*Incoming Counsel for Defendant Craig Laurie*

Dated: New York, New York
November 19, 2019

_____
Richard B. Harper
Baker Botts LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone:   (212) 408-2675
Facsimile:   (212) 259-2475
richard.harper@bakerbotts.com

David D. Sterling
Baker Botts LLP
910 Louisiana Street
Houston, Texas 77002
Telephone:   (713) 229-1946
Facsimile:   (713) 229-7946
david.sterling@bakerbotts.com

*Outgoing Counsel for Defendant Craig Laurie*

**CRAIG LAURIE**
_____

SO ORDERED:

_____

2