**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re Teekay Offshore Partners, L.P. Common Unitholders Litigation* | Case No. 19-cv-6483 (RA)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS BROOKFIELD ASSET MANAGEMENT INC.'S, BROOKFIELD BUSINESS PARTNERS, L.P.'S, AND THE INDIVIDUAL BROOKFIELD DEFENDANTS' MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Consolidated Class Action Complaint dated January 29, 2020 [Dkt. 65], the accompanying Memorandum in Support of Defendants Brookfield Asset Management Inc.'s, Brookfield Business Partners, L.P.'s, and the Individual Brookfield Defendants' Motion to Dismiss, the accompanying Declaration of Brookfield Asset Management, Inc., the accompanying Declaration of Brookfield Business Partners, L.P., and the accompanying Declaration of Matthew Solum and the exhibits annexed thereto, Defendants Brookfield Asset Management Inc., Brookfield Business Partners L.P., Jim Reid, Denis Turcotte, Gregory Morrison, Walter Weathers, and Craig Laurie hereby move this Court, before the Honorable Ronnie Abrams, United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007, for an order dismissing the Consolidated Class Action Complaint in its entirety and with prejudice pursuant to Rules 8, 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.

Dated: March 12, 2020

Respectfully Submitted,

/s/ *Matthew Solum*

Matthew Solum, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-5949
Facsimile: (212) 446-4900
E-mail: matthew.solum@kirkland.com

*Counsel for Defendants Brookfield Asset Management Inc., Brookfield Business Partners L.P., Jim Reid, Denis Turcotte, Gregory Morrison, Walter Weathers, and Craig Laurie*