UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TEEKAY OFFSHORE PARTNERS L.P. COMMON UNITHOLDERS LITIGATION | Case No. 1:19-cv-06483-RA |
|---|---|

## NOTICE OF MOTION TO DISMISS
## AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Amy Pharr Hefley, and exhibits thereto, the undersigned, as attorneys for Defendants Teekay Offshore Partners L.P. ("TKO"), Teekay Offshore GP L.L.C. ("GP"), Ian Craig, William Utt, Kenneth Hvid, David Lemmon, and Bill Transier ("Non-Brookfield Directors") (collectively, "Non-Brookfield Defendants"), will move this Court before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, 10007, on a date and time to be determined, for an order granting the Non-Brookfield Defendants' motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and failure to state a claim pursuant to Federal Rules of Procedure 12(b)(6).

1

Dated: March 12, 2020                      Respectfully submitted,

                                                  /s/ David D. Sterling
                                                  Richard B. Harper
                                                  BAKER BOTTS, L.L.P.
                                                  30 Rockefeller Plaza
                                                  New York, New York 10112-4498
                                                  Tele:  (212) 408-2500
                                                  Fax:   (212) 408-2501
                                                  richard.harper@bakerbotts.com

                                                  David D. Sterling (admitted *pro hac vice*)
                                                  Amy Pharr Hefley (admitted *pro hac vice*)
                                                  BAKER BOTTS, L.L.P.
                                                  910 Louisiana Street
                                                  Houston, Texas 77002
                                                  Tel:   (713) 229-1946
                                                  Fax:   (713) 229-7946
                                                  david.sterling@bakerbotts.com
                                                  amy.hefley@bakerbotts.com

                                                  ***Counsel for Defendants Teekay Offshore Partners, L.P., Teekay Offshore GP, L.L.C., William Utt, Craig Laurie, David Lemmon, Bill Transier, and Ian Craig***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2020, true and correct copies of **NOTICE OF MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT, MEMORANDUM OF LAW IN SUPPORT, AND DECLARATION OF AMY PHARR HEFLEY** were filed with the Clerk of the Court, Southern District of New York, and will be sent via email and electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  /s/ *David D. Sterling*
                                                  David D. Sterling