BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400

SCOTT+SCOTT ATTORNEYS
  AT LAW LLP
230 Park Avenue, 17th Flr.
New York, NY 10169
(212) 223-6444

HARRIS ST. LAURENT LLP
40 Wall Street
New York, NY 10005
(212) 397-3370

+ Via CM/ECF +

April 15, 2020

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

> Application granted.  Co-Lead Plaintiffs may file an omnibus opposition brief of up to 50 pages.  That opposition brief is due no later than May 11, 2020.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> April 16, 2020

Re:   *In re Teekay Offshore Partners L.P. Common Unitholders Litigation*,
       No. 1:19-cv-06483-RA (S.D.N.Y.)

Dear Judge Abrams:

We represent Plaintiffs J. Deal Partnership I, L.P., Noster Capital Master Fund, Aquamarine Master Fund LP, Steven A. Monosson, and Mark Whiting (collectively, "Co-Lead Plaintiffs") in the above-captioned action.

We respectfully request that the Court grant Co-Lead Plaintiffs leave to file an omnibus opposition brief of up to 50 pages to the two 25-page briefs filed by Defendants in support of their motions to dismiss (ECF Nos. 68-69), rather than two individual opposition briefs of 25 pages. Counsel for all Defendants have consented to this request.

In light of the current public health crisis, we also request that the Court grant a brief two-week extension for the filing of Co-Lead Plaintiffs' opposition to the Defendants' motions to dismiss. The oppostion is currently due on April 27, 2020. We request that the Court extend our deadline to respond to May 11, 2020. Counsel for all Defendants have consented to our request. This is Co-Lead Plaintiffs' first request for an extension of the time to respond to Defendants' motions to dismiss, and the second request for an extension in the consolidated case. The Court had granted Co-Lead Plaintiffs' first request for an extension to file the consolidated complaint.

We are available by phone if the Court has any questions. Thank you for your consideration of this application.

Respectfully Submitted,

 /s/ David Wales
David Wales
Bernstein Litowitz Berger
  & Grossmann LLP

/s/ Joseph Gallagher
Joseph Gallagher
Harris St. Laurent LLP

/s/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV
Scott+Scott Attorneys at Law LLP

Cc:  All Counsel of Record (via ECF)