**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 4/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. DEAL PARTNERSHIP I, L.P. *et al.*, *on behalf of themselves and all other similarly situated unitholders of* TEEKAY OFFSHORE PARTNERS L.P.,

        Plaintiffs,

v.

TEEKAY OFFSHORE PARTNERS L.P. *et al.*,

        Defendants.

19-CV-6483 (RA)

STEVEN A MONOSSON *et al.*, *on behalf of themselves and similarly situated unitholders of* TEEKAY OFFSHORE PARTNERS L.P.*,*

        Plaintiffs,

v.

TEEKAY OFFSHORE PARTNERS L.P. *et al.*,

        Defendants.

19-CV-7522 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 crisis, the Court will not hold the upcoming post-discovery conference in this case in person. Counsel should still submit their joint letter by May 1, 2020, as directed in the Case Management Plan and Scheduling Order. Dkt. 35. If the parties are unable to submit their joint letter by May 1, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. In any event, counsel should review and

comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

      Plaintiffs shall provide a copy of this Order to Defendants.

SO ORDERED.

Dated:    April 30, 2020
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge