UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. DEAL PARTNERSHIP I, L.P., *et al.*,

               Plaintiffs,

v.

TEEKAY OFFSHORE PARTNERS, L.P., *et al.*,

               Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 2-26-21

19-CV-6483 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Defendants have requested oral argument in conjunction with their motions to dismiss this action. See dkt. 68; dkt. 80. Accordingly, it is hereby ordered that counsel for all parties appear for oral argument on Tuesday, March 9, 2021 at 11:00 am. If the parties and their counsel are not available at that date and time, the parties must submit a joint letter no later than Wednesday, March 3, 2021, proposing alternative dates and times. The Court will hold this conference by telephone, or if the parties request, by video. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. SO ORDERED.

SO ORDERED.

Dated:    February 26, 2021
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge