UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. DEAL PARTNERSHIP I, L.P., *et al.*,

                Plaintiffs,

v.

TEEKAY OFFSHORE PARTNERS, L.P., *et al.*,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 3-22-21

19-CV-6483 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling conflict, the oral argument in this case is hereby adjourned until March 25, 2021 at 3:30 p.m., rather than 3:00 p.m., as originally scheduled. The Court will hold argument by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    March 22, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge