UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. DEAL PARTNERSHIP I, L.P., *et al.*,

                Plaintiffs,

           v.

TEEKAY OFFSHORE PARTNERS, L.P., *et al.*,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 3-26-21

19-CV-6483 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    No later than noon on Monday, March 29, 2021, the parties shall submit letters advising the Court of the following:

1. Whether there are cases in which courts have dismissed a cause of action for tortious interference pursuant to the economic interest defense on a motion to dismiss.

2. Whether there are cases that either interpret § 1(12) of the Marshalls Island Limited Partnership Act in a similar context or otherwise lend support to Plaintiffs' contention that a limited partnership is bound by its own limited partnership agreement even when it is not a signatory to the agreement.

3. Whether there are cases holding that an organization's SEC filings, such as an Annual Report or an Information Statement, may establish contractual fiduciary duties when those same contractual fiduciary duties have been expressly disclaimed.

SO ORDERED.

Dated: March 26, 2021
New York, New York

_____
RONNIE ABRAMS
United States District Judge

2