| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | SCOTT+SCOTT ATTORNEYS AT LAW LLP | HARRIS ST. LAURENT & WECHSLER LLP |
|---|---|---|
| 1251 Avenue of the Americas | 230 Park Avenue, 17th Flr. | 40 Wall Street |
| New York, NY 10020 | New York, NY 10169 | New York, NY 10005 |
| (212) 554-1400 | (212) 223-6444 | (212) 397-3370 |

+Via CM/ECF+

April 20, 2021

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

   Re: *In re Teekay Offshore Partners L.P. Common Unitholders Litigation*,
      No. 1:19-cv-06483-RA (S.D.N.Y.)

Dear Judge Abrams:

  We are counsel for the Co-Lead Plaintiffs. We respectfully submit this letter on behalf of all the parties in the above-captioned action.

  First, plaintiffs will not seek to file an amended complaint pursuant to Your Honor's March 31, 2021 Opinion & Order (ECF No. 95).

  Second, the parties have conferred regarding scheduling a conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Counsel for all parties are available at any time on the following dates, subject to Your Honor's availability: May 11-13, 2021.

          Respectfully Submitted,

          */s/ David Wales*
          David Wales
          Bernstein Litowitz Berger & Grossmann LLP

          *Attorneys for Co-Lead Plaintiffs*

          */s/ Joseph Gallagher*
          Joseph Gallagher
          Harris St. Laurent & Wechsler LLP

Hon. Ronnie Abrams
April 20, 2021
Page 2

*Attorneys for Co-Lead Plaintiffs*

　*/s/ Thomas L. Laughlin, IV*　
Thomas L. Laughlin, IV
Scott+Scott Attorneys at Law LLP

*Attorneys for Co-Lead Plaintiffs*

cc: David D. Sterling
　　All Counsel of Record (via ECF)