UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IN RE TEEKAY OFFSHORE PARTNERS L.P.    :                       ORDER
COMMON UNITHOLDERS LITIGATION

                                                            :        19-CV-6483 (RA)(KNF)
----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

By a letter appearing at Docket Entry No. 119, the plaintiffs and defendant Teekay

Offshore Partners L.P. ("Teekay") raise discovery disputes regarding: (1) the time frame

governing Teekay's search to locate documents responsive to the plaintiffs' document requests;

and (2) whether Teekay must produce documents in response to a number of the plaintiffs'

document requests. To address these disputes, a telephone conference shall be held with the

parties on November 4, 2021, at 11:00 a.m.  All parties are directed to call (888) 557-8511 and,

thereafter, enter access code 4862532. To aid the Court in resolving the parties' dispute with

respect to item No. 2 above, on or before November 2, 2021, each party shall file a letter that states,

with particularity, that party's position regarding each document request which is the subject of the

controversy.  Each party's letter shall not exceed three pages.


Dated:  New York, New York                    SO ORDERED:
        October 29, 2021

                                          _Kevin Nathaniel Fox_____
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE