UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE TEEKAY OFFSHORE PARTNERS L.P.　　:　　　　　　ORDER
COMMON UNITHOLDERS LITIGATION
　　　　　　　　　　　　　　　　　　　　:　　　　　19-CV-6483 (RA)(KNF)
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    As the parties have indicated that no need exists for the telephonic status conference scheduled for November 30, 2021, at 12:00 p.m., the conference is hereby canceled.

Dated:  New York, New York　　　　　　　　SO ORDERED:
           November 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KEVIN NATHANIEL FOX
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE