# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TEEKAY OFFSHORE PARTNERS L.P. COMMON UNITHOLDERS LITIGATION | Case No.: 1:19-cv-06483-RA-JW |

## ORDER GRANTING DISMISSAL

Pursuant to the Joint Stipulation of Dismissal filed by all parties who have appeared, all claims and defenses in the above-captioned lawsuit are hereby dismissed without prejudice. Each party will bear its own attorneys' fees and costs.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
03/21/2023

4